UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.   CASE NO. 8:13-cr-237-T-23TBM

DUANE CRITHFIELD
STEPHEN DONALDSON, SR.
_____/

**<u>ORDER</u>**

Jonathan David Christenbury moved (Docs. 389, 443, 457) for an award of restitution. Donaldson objects (Docs. 395, 420) to the motion and Crithfield joins the opposition.

An October 20, 2017 order (Doc. 423) refers to the magistrate judge for a report and recommendation the matter of restitution owed by each defendant. The magistrate conducted a hearing and issued a report (Doc. 474) recommending (1) denial of Christenbury's motion for restitution and (2) denial of the defendants' "Motion to Strike and/or Disallow" Christenbury's restitution claim (Doc. 467).[*]

Donaldson responds (Doc. 476) that he has no objection to the report and recommendation.

---

[*] The parties filed other documents (Docs. 422, 438, 444, 459, 461, 463, 465) related to Christenbury's motion.

The report and recommendation (Doc. 474) is **ADOPTED**. Christenbury's motion (Docs. 389, 443, 457) is **DENIED**, and the defendants' motions (Docs. 461 and 467) to strike and to deny Christenbury's claim are **DENIED**.

ORDERED in Tampa, Florida, on January 12, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE